ACCEPTED
03-13-00080-CV
3928209
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/28/2015 11:08:27 AM
JEFFREY D. KYLE
CLERK

NO. 03-13-00080-CV

IN THE COURT OF APPEALS
FOR THE THIRD DISTRICT
OF TEXAS AT AUSTIN

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/28/2015 11:08:27 AM
JEFFREY D. KYLE
Clerk

APPELLANTS CENTRAL AUSTIN APARTMENTS, LLC, UP-32ND STREET, LLC, UP-32ND STREET HOSPITALITY, LLC // CROSS-APPELLANTS EAST AVENUE PROPERTY OWNERS' ASSOCIATION, INC., UP AUSTIN HOLDINGS, LP and UP AUSTIN LAND HOLDINGS, LP

v.

APPELLEES UP AUSTIN HOLDINGS, LP, UP AUSTIN LAND HOLDINGS, LP, and EAST AVENUE PROPERTY OWNERS' ASSOCIATION, INC. // CROSS-APPELLEES CENTRAL AUSTIN APARTMENTS, LLC, UP-32ND STREET, LLC, UP-32ND STREET HOSPITALITY, LLC

Appeal from the 53rd Judicial District Court
of Travis County, Texas
Honorable Scott Jenkins, Presiding
Trial Court No. D-1-GN-11-003367

**JOINT NOTICE OF SETTLEMENT AND AGREED MOTION
TO ISSUE THE MANDATE**

TO THE HONORABLE THIRD COURT OF APPEALS:

Pursuant to Texas Rules of Appellate Procedure 42.1 and 18.1(c), Appellees/Cross-Appellants UP Austin Holdings, LP and UP Austin Land Holdings, LP, Appellee/Cross-Appellant East Avenue Property Owners' Association, Inc., and Appellants/Cross-Appellees Central Austin

Apartments, LLC, UP-32nd Street, LLC, and UP-32nd Street Hospitality, LLC file this Joint Notice of Settlement and Agreed Motion to Issue the Mandate.

All of the parties to the lawsuit have reached a settlement agreement that encompasses all of the issues, which pursuant to the Court's December 8, 2014 opinion, were to be remanded to the trial court. Accordingly, (1) none of the parties will be filing a motion for rehearing with this Court or a petition for review with the Supreme Court of Texas, and (2) the parties respectfully request that this Court promptly issue its mandate remanding the case to the trial court so that the trial court may dismiss the action with prejudice in light of the parties' settlement agreement. Each party agrees to bear its own appellate costs.

## PRAYER

In light of the parties' settlement agreement, the parties respectfully pray that this Court promptly issue its mandate remanding the case to the trial court so that the trial court may dismiss this action with prejudice, and for such other and further relief as may be appropriate.

Respectfully submitted,

/s/ Thomas S. Leatherbury
Thomas S. Leatherbury
 State Bar No. 12095275
Matthew R. Stammel
 State Bar No. 24010419
VINSON & ELKINS LLP
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201-2975
214.220.7700
214.999.7705 (facsimile)
tleatherbury@velaw.com
mstammel@velaw.com

*Attorneys for Appellees/Cross-*
*Appellants UP Austin Holdings, LP*
*and UP Austin Land Holdings, LP*


/s/ Neal Meinzer
 Eric J. Taube
 State Bar No. 19679350
 Neal Meinzer
 State Bar No. 00797065
 Hohmann, Taube & Summers, L.L.P.
 100 Congress Avenue, 18th Floor
 Austin, Texas 78701
 E-mail: erict@hts-law.com
 E-mail: nealm@hts-law.com

*Attorneys for*
*Appellants/Cross-Appellees*
*Central Austin Apartments, L.L.C.,*
*UP-32nd Street, L.L.C., and*
*UP-32nd Street Hospitality, L.L.C.*

/s/ Jeffrey J. Hobbs
Jane M. N. Webre
 State Bar No. 21050060
Sara W. Clark
 State Bar No. 00794847
Scott, Douglass & McConnico, L.L.P.
600 Congress Avenue, Suite 1500
Austin, Texas 78701
E-mail: jwebre@scottdoug.com
E-mail: sclark@scottdoug.com

Jeffrey J. Hobbs
 State Bar No. 24012837
J. Bruce Scrafford
 State Bar No. 17931100
Armbrust & Brown, PLLC
100 Congress Avenue, Suite 1300
Austin, Texas 78701
E-mail: jhobbs@abaustin.com
E-mail: bscrafford@abaustin.com

*Attorneys for Appellant/Cross-Appellee*
*East Avenue Property Owners'*
*Association, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on the 28th day of January 2015, the foregoing Joint Notice of Settlement and Agreed Motion to Issue the Mandate was served on the following attorneys in accordance with the requirements of the Texas Rules of Appellate Procedure via electronic filing or email.

Jeffrey J. Hobbs
J. Bruce Scrafford
Armbrust & Brown, PLLC
100 Congress Avenue, Suite 1300
Austin, Texas 78701
E-mail: jhobbs@abaustin.com
E-mail: bscrafford@abaustin.com

Jane M. N. Webre
Sara W. Clark
Scott, Douglass & McConnico, L.L.P.
600 Congress Avenue, Suite 1500
Austin, Texas 78701
E-mail: jwebre@scottdoug.com
E-mail: sclark@scottdoug.com

*Attorneys for Appellant/Cross-Appellee*
*East Avenue Property Owners'*
*Association, Inc.*

Eric J. Taube
Neal Meinzer
Hohmann, Taube & Summers, L.L.P.
100 Congress Avenue, 18th Floor
Austin, Texas 78701
E-mail: erict@hts-law.com
E-mail: nealm@hts-law.com

*Attorneys for*
*Appellants/Cross-Appellees*
*Central Austin Apartments, L.L.C.,*
*UP-32nd Street, L.L.C., and*
*UP-32nd Street Hospitality, L.L.C.*

*/s/ Thomas S. Leatherbury*
Thomas S. Leatherbury